157 A.3d 852

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2007–OAI, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007–OIA, PLAINTIFF–RESPONDENT, v. MICHAEL TULLY AND ADRIENNE TULLY, HUSBAND AND WIFE, DEFENDANTS–PETITIONERS.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002052–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.